```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
CLONUS ASSOCIATES and                   :
ROBERT S. FIVERSON,                     :
                                        :
               Plaintiffs,              :   05 Civ. 7043 (SAS)
                                        :
       -against-                        :   STIPULATION AND
                                        :   ORDER OF DISMISSAL
DREAMWORKS, LLC, et al.                 :
                                        :
               Defendant,               :
                                        :
---------------------------------------X
```

It having been reported to this Court that the above entitled action has been settled,

It is, on this 20th day of November, 2006.

ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice and without costs provided that within sixty (60) days of the date of this Order, may be restored to the Court's calendar if payment is not made within thirty (30) days of the date of this Order.

Dated:  New York, New York
        November 20, 2006

CONSENTED TO:
Law Offices of Marc Toberoff, P.C.      Pryor Cashman Sherman & Flynn

By: Marc Toberoff, Esq.                 By: Thomas Ferber, Esq.
Attorney for Plaintiffs                 Attorney for Defendants


Dated:  New York, New York
        November 20, 2006

                                        SO    ORDERED:

                                        HON. Shira A. Scheindlin
                                        United States District Judge