S/HEINAC~ S.

Stephen F. Huff (SH 1415)
Tom J. Ferber (TF 9904)
William L. Charron (WC 1735)
Colleen E. Parker (CP 6845)
PRYOR CASHMAN SHERMAN & FLYNN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100

Attorneys for Defendants DreamWorks, LLC
and Warner Bros. Entertainment Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLONUS ASSOCIATES and ROBERT S.
FIVESON d.b.a. FIVESON PRODUCTIONS

        Plaintiffs,                      Case No. 05 CV 7043 (SAS)

    v.

DREAMWORKS, LLC and WARNER BROS.
ENTERTAINMENT, INC.,

        Defendants.
-----------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the plaintiffs to this action, Clonus Associates and Robert S. Fiveson d.b.a. Fiveson Productions (collectively, "Plaintiffs"), and the attorneys for defendants DreamWorks, LLC and Warner Bros. Entertainment, Inc. (collectively, "Defendants"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as follows:

1.     All of Plaintiffs' claims as set forth in the Complaint dated August 8, 2005, and in the First Amended Complaint dated February 14, 2006, as well as any claims that Plaintiffs

could have asserted against Defendants by reason of matters alleged therein, are hereby dismissed with prejudice.

2. Each party shall bear his or its own costs and attorneys' fees, and each party hereby waives any right to move for or otherwise pursue an award of attorneys' fees, costs or sanctions against any other party or his or its attorney.

Dated: December 20, 2006

PRYOR CASHMAN SHERMAN & FLYNN LLP

By: _____
Tom J. Ferber (TF 9904)

410 Park Avenue
New York, New York 10022
(212) 421-4100

Attorneys for Defendants

LAW OFFICE OF MARC TOBEROFF, PLC

By: _____
Marc Toberoff

2049 Century Park East, Suite 2710
Los Angeles, California 90067
(310) 246-3333

Attorney for Plaintiffs

SO ORDERED:

_____
United States District Judge

1/10/07